

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00324-CV

**IN RE FPG STONE OAK LLC D/B/A SONTERRA HEIGHTS APARTMENTS**; Stone Oak FPG I, L.P.; FPG Stone Oak GP, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: April 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY STAY DENIED

On April 6, 2023, relators filed a petition for a writ of mandamus and on April 10, 2023, relators filed an emergency motion for a temporary stay of the trial. The court has considered relators' petition and motion and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' petition for a writ of mandamus and emergency motion for a temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI04105, styled *Kara Gardner and William Hall, both Individually, and as Next Friend of [] Hall, a Minor v. FPG Stone Oak LLC, D/B/A Sonterra Heights Apartments, Stone Oak FPG I, L.P., FPB Stone Oak GP, LLC and Lincoln Property Company*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding; however, the challenged order was signed by the Honorable Rosie Alvarado, presiding judge of the 438th Judicial District Court, Bexar County, Texas.